[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1149 

RUBEN RAMOS-PENA
AND MIGDALIA SANTIAGO ALVELO,

Plaintiffs, Appellants,

v.

CROWLEY AMERICAN TRANSPORT, INC.,

Defendant, Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Jose Antonio Fuste, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Boudin and Stahl, Circuit Judges. 



Jose R. Franco on brief for appellants. 
Raquel M. Dulzaides and Jimenez, Graffam & Lausell on brief for 
appellee.



August 19, 1997


Per Curiam. Upon careful consideration of the briefs 

and record, we conclude that the district court properly

granted summary judgment on appellant's federal age

discrimination claims. 

The district court applied the correct standard in

reviewing the summary judgment motion and in determining that

appellant failed to make a prima facie showing of an

essential element of his age discrimination claims. The

uncontested facts submitted by appellee showed that appellant

was not fully qualified for either of the positions, while

the two individuals hired were so qualified. Even were we to

credit appellant's additional assertions about his education

and experience, he still has not shown that he met the

objective qualifications for the positions.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-